1  Paul White (State Bar No. 146989)
       Paul.White@wilsonelser.com
2  Jeff Burt (State Bar No. 125033)
       Jeff.Burt@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
6
7  Attorneys for Defendant
   HARTFORD FINANCIAL SERVICES GROUP, INC.
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RIFM Properties, LLC | Case No.: |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** |
| v. | *[Filed concurrently with Declaration of Jeffrey Burt; Certification of Interested Parties and Corporate Disclosure Statement; and Civil Case Cover Sheet]* |
| HARTFORD FINANCIAL SERVICES GROUP, INC.; BENVENISTE & FRANCKE INSURANCE SERVICES; DANIEL FRANCKE, a/k/a DAN FRANCKE, AN INDIVIDUAL; AND DOES 1-5, | State Case No.: 21STCV37002<br>State Complaint Filed: October 6, 2021<br>State Trial Date: None set |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant HARTFORD FINANCIAL SERVICES GROUP, INC. (hereinafter "Hartford") hereby removes the above-captioned action from the Superior Court of the State of California, County of Los Angeles, where it is currently pending as case number 21STCV37002 ("State Action"), to the United States District Court for the Central District of California.

1 | Removal is warranted under 28 U.S.C. §1441(b) because the Court has subject matter jurisdiction under 28 U.S.C. §1332 over the State Action. Pursuant to 28 U.S.C. §1332(c)(l), full diversity exists among the parties in this action because Plaintiff and defendant Hartford Financial Services Group, Inc. ("Hartford") are citizens of a different state, as evidenced by where they are alleged or are incorporated, and maintain their principal places of business. As set forth below, the residence of the purported broker defendants Benveniste & Francke Insurance Services and Daniel Francke, a/k/a Dan Francke is irrelevant because they have been fraudulently joined as sham defendants.

Further, removal is warranted as the amount in controversy exceeds the sum of $75,000.

This Notice of Removal is timely because it is filed within thirty days of service of a copy of the Summons and Complaint of the State Action upon Hartford, which occurred on November 5, 2021.

Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings in the State Action received by Hartford are attached to the Declaration of Jeffrey Burt ("Burt Dec.") as Exhibits A and B.

Pursuant to 28 U.S.C. § 1446(d), a Notice to Adverse Parties of Removal to Federal Court, together with this Notice of Removal, will be served upon counsel for all parties and be filed in the State Action concurrently with this Notice.

## BACKGROUND

On October 6, 2021, Plaintiff RIFM Properties, LLC ("Plaintiff"), a California resident, commenced the State Action in the Superior Court for the State of California, County of Los Angeles, entitled *RIFM Properties, LLC v. Hartford Financial Services Group, Inc.; Benveniste & Francke Insurance Services; Daniel Francke a/k/a Dan Francke,* Case Number 21STCV37002. Plaintiff's Complaint in the State Action asserts causes of action for (1) Breach of Contract; (2) Breach

of the Covenant of Good Faith and Fair Dealing; and (3) Tortious Breach of the Covenant of Good Faith and Fair Dealing.

On November 5, 2021, Hartford was provided with notice of the commencement of the State Action by receipt of a copy of the Summons and Complaint via Corporation Service Company. Declaration of Jeffrey Burt ("Burt Dec.") at ¶ 2.

The subject insurance policy was issued by Navigators Specialty Insurance Company ("Navigators"), not by Hartford, to US Home Pros, Inc. ("Home Pros"). Declaration of Steven Lokus ("Lokus Dec.") at ¶¶2, 3.

Defendants Benveniste & Francke Insurance Services and Daniel Francke ("Brokers") are the insurance brokers for Navigators' insured, Home Pros, and are not brokers for Plaintiff. Burt Dec. at ¶3; see also Exhibit A to Plaintiff's Complaint in this matter. Since Plaintiff is not in privity with Brokers, Plaintiff can never state a valid claim against Brokers and they are therefore sham defendants.

## GROUNDS FOR REMOVAL

This Court has subject matter jurisdiction over the State Action under 28 U.S.C. §1332, which confers upon the "district courts…original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States[.]"

## AMOUNT IN CONTROVERSY

The amount in controversy exceeds $75,000.00, as evidenced by the Complaint in the State Action in which Plaintiff is seeking general, special and punitive damages for Hartford's alleged Breach of Contract and Bad Faith Breach of the Covenant of Good Faith and Fair Dealing arising out of an underlying personal injury suit. See Complaint ¶¶ 16-18, 23-24, 29-30, 34-35; see also Prayer for Relief, Complaint, page 8, ¶¶ 1-6; Exhibit A to Burt Dec. Hartford is informed

1  and believes that Plaintiff seeks more than $75,000 from Defendants, and has
2  therefore placed at least that amount at issue in this action.

**DIVERSITY OF CITIZENSHIP**

Plaintiff is a California LLC, as evidenced by the allegations of its Complaint filed in the State Action. See Complaint ¶5; Exhibit A to Burt Dec. Defendant The Hartford Financial Services Group, Inc. is incorporated in the State of Delaware and has its principal place of business in the State of Connecticut. Lokus Dec. ¶ 3.

As such, for purposes of determining diversity, defendant Hartford is a citizen of the State of Delaware, and Plaintiff is a citizen of the State of California.

As set forth above, because the Broker defendants are not Plaintiff's insurance brokers, but rather the brokers for Navigators' insured Home Pros, Plaintiff is not in privity with Brokers. As a result, Plaintiff can never state a valid claim against Brokers. Accordingly, Brokers are sham defendants who have been fraudulently joined and their state of residence is irrelevant for purposes of subject matter jurisdiction.

Based on the foregoing, this Court has subject matter jurisdiction over this action. Accordingly, this action is properly removed.

WHEREFORE, Hartford files this Notice of Removal so that the entire action entitled *RIFM Properties, LLC v. Hartford Financial Services Group, Inc.; Benveniste & Francke Insurance Services; Francke Daniel a/k/a Dan Francke*, Case Number 21STCV37002, now pending in the Superior Court for the State of California, County of Los Angeles, shall be removed to this Court for all further proceedings.

/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| DATE:  December 6, 2021 | WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP |
| | By:  */s/ Jeffrey Burt*<br>Paul White<br>Jeffrey Burt<br>Attorneys for Defendant,<br>HARTFORD FINANCIAL SERVICES GROUP, INC. |